UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

IN RE:

ALESSI & KOENIG, LLC,

Debtor.

SFR INVESTMENTS POOL 1, LLC,

Plaintiff(s),

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA 1, et al.,

Defendant(s).

Case No. BN –S-16-16593-ABL

Chapter 7

Case No. 2:17-CV-1253 JCM (PAL)

ORDER

Presently before the court is defendant Lamplight Square at Coronado Ranch's motion to withdraw reference. (ECF No. 1).

On January 22, 2018, the bankruptcy court submitted a copy of its order remanding cases to state court for lack of jurisdiction, and, alternatively, on equitable grounds. (ECF No. 2). This case is governed by the bankruptcy court order. *See id.* at 12 (listing SFR Investments Pool 1 v. Deutsche Bank National Trust Company et al, Adv. Proc. No. 17-01108-abl). As the bankruptcy court remanded this action to state court, the court will deny the motion to withdraw reference as moot.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to withdraw reference (ECF No. 1) be, and the same hereby is, DENIED as moot.

DATED January 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**